AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Randolph, Arthur R. | U.S. Court of Appeals/D.C. Cir | 08/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - senior status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Court of Appeals/D.C. Cir
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 08/26/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>*(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Practice of Law |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 08/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Money Market at Smith Barney | A | Interest | J | T | | | | | |
| 2. 401(K) - World Bond Fund - American Funds | A | Dividend | K | T | | | | | |
| 3. 401(K) - Pimco High Income | A | Dividend | J | T | | | | | |
| 4. 401(K) - Dur. Inc. Fund - Eaton Vance | C | Dividend | K | T | | | | | |
| 5. 401(K) - Pimco Real Ret. | A | Dividend | K | T | | | | | |
| 6. Pillsbury Retirement Savings Plan - Fidelity PYR INX LFC | E | Dividend | O | T | | | | | |
| 7. ML & Co. Str. ACC - Am Cap. Growth | A | Dividend | K | T | | | | | |
| 8. Blackrock Gov't & Cap. | A | Dividend | K | T | | | | | |
| 9. Citibank - Savings | A | Interest | K | T | | | | | |
| 10. 401(K) - U.S. Gov't - American | A | Dividend | J | T | | | | | |
| 11. 401(K) - Eaton Vance - Floating | A | Dividend | J | T | | | | | |
| 12. 401(K) Fidelity - Floating | A | Dividend | K | T | | | | | |
| 13. 401(K) - Gov't Goldman Sachs | A | Dividend | J | T | | | | | |
| 14. 401(K) - Adv. Fidelity Int | A | Dividend | J | T | | | | | |
| 15. Mutual Fund - Franklin TOT. - A | A | Dividend | | | Sold | 05/30/18 | J | A | |
| 16. Mutual Fund - Putnam - Absolute Ret. 300 | B | Dividend | K | T | | | | | |
| 17. Mutual Fund - AIG Senior Floating Rate | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Randolph, Arthur R. | 08/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Fund - Temp. Global | A | Dividend | | | Sold | 05/30/18 | J | A | |
| 19. 401(K) Mutual Fund - ClearBridge Large Cap Growth | C | Dividend | L | T | | | | | |
| 20. 401(K) - Tortoise MLP | B | Dividend | K | T | | | | | |
| 21. 401(K) - Bank of Am. | A | Dividend | L | T | | | | | |
| 22. M - I Shares Silver | A | Dividend | | | Sold | 05/30/18 | J | A | |
| 23. 401(K) - John Hancock Rainer | A | Dividend | K | T | | | | | |
| 24. 401(K) - Blackrock Cap. | A | Dividend | | | Sold | 05/30/18 | J | A | |
| 25. 401(K) - Gabelli Gold Gamco | A | Dividend | J | T | | | | | |
| 26. 401(K) - Am Global Bal. | A | Dividend | K | T | | | | | |
| 27. 401(K) - Goldman Equity | A | Dividend | K | T | | | | | |
| 28. Jt - JP Morgan Int. Tax | A | Dividend | | | Sold | 05/30/18 | K | A | |
| 29. Jt - SPDR Gold | A | Dividend | | | Sold | 05/30/18 | J | A | |
| 30. Jt - 1st Eagle Global | A | Dividend | L | T | | | | | |
| 31. Jt - Am Infl. Bond | A | Dividend | K | T | | | | | |
| 32. Jt. IShares Mun. | A | Dividend | K | T | | | | | |
| 33. 401(K) - Am. High Inc. | B | Dividend | K | T | | | | | |
| 34. 401(K) - Gold Am. Eagle | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 08/26/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. 401(K) - Silver Am. Eagle | | None | J | T | | | | | |
| 36. AIG Senior Floating Rate | A | Dividend | K | T | | | | | |
| 37. Pimco Commodity | A | Dividend | J | T | | | | | |
| 38. Blackrock Global Sm. C. | A | Dividend | J | T | | | | | |
| 39. Del. Small Cap. Diversified | A | Dividend | J | T | | | | | |
| 40. Jt - I Shares High Div. | B | Dividend | K | T | | | | | |
| 41. Jt - Vanguard Div. App. | A | Dividend | | | Sold | 05/30/18 | K | D | |
| 42. Jt. - Goldman Inc. | A | Dividend | | | Sold | 05/30/18 | K | A | |
| 43. Jt. - Ivy Sc. & Tech. | A | Dividend | K | T | | | | | |
| 44. Jt. - Delaware Diversified | A | Dividend | | | Sold | 05/30/18 | K | D | |
| 45. Jt. - Lord A. Multi-A | A | Dividend | | | Sold | 05/30/18 | K | A | |
| 46. Jt. - Putnam Div. | A | Dividend | | | Sold | 05/30/18 | K | A | |
| 47. Blackrock Multi-A. | A | Dividend | | | Sold | 05/30/18 | J | A | |
| 48. Capital One-Savings | A | Interest | J | T | | | | | |
| 49. Goldman US Eq | A | Dividend | K | T | | | | | |
| 50. Lord Ab. Flt | B | Dividend | K | T | | | | | |
| 51. Columbia Infl, Pro | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 08/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ivy Em. Mkt | A | Dividend | L | T | | | | | |
| 53. Ab High Inc. | A | Dividend | K | T | | | | | |
| 54. Legg Mason Core | A | Dividend | K | T | | | | | |
| 55. Am Cent. Altern. | A | Dividend | K | T | | | | | |
| 56. Angel Oak Mult. | B | Dividend | K | T | | | | | |
| 57. Tortoise Pipe. | A | Dividend | J | T | | | | | |
| 58. Columbia St. Inc. | B | Dividend | L | T | | | | | |
| 59. Oppenheimer Emg Mk | C | Dividend | K | T | | | | | |
| 60. Pioneer Fund. Growth | A | Dividend | | | Sold | 05/30/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 08/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur R. Randolph**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544